UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN Y GOODBEER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAYVIEW LOAN SERVICING, LLC,<br><br>　　　　　Defendant. | Case No. 16-cv-00485-RS<br><br>**ORDER RE: TRO REQUEST** |

On February 12, 2016, plaintiff Gwendolyn Y. Goodbeer filed an application for a temporary restraining order and an order to show cause why a preliminary injunction should not be issued. *See* Dkt. No. 8. Defendant Bayview Loan Servicing, LLC, shall file its response, if any, on or before February 16, 2016, at 3:00 p.m. A hearing on the motion will be held on February 17, 2016, at 2:00 p.m. in Courtroom 3, 17th Floor, San Francisco.

Plaintiffs are directed to serve their moving papers and a copy of this order on defendant Bayview by midnight (12:00 a.m.) tonight, February 12, 2016. Failure to effect service properly will result in the denial of the request for a temporary restraining order. Civ. L.R. 65-1(b).

**IT IS SO ORDERED**.

Dated: February 12, 2016

_____
RICHARD SEEBORG
United States District Judge